[No. 17808–3–I.   Division One.   July 29, 1987.]

SUNDOWN STEEL BUILDINGS, INC., *Appellant,* v. KEN'S TRIPLE XXX, INC., ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 85–2–02830–7, Dennis J. Britt, J., entered December 23, 1985. *Affirmed* by unpublished opinion per Darrah, J. Pro Tem., concurred in by Dore and Walterskirchen, JJ. Pro Tem.

[No. 17382–1–I.   Division One.   July 29, 1987.]

THE STATE OF WASHINGTON, *Respondent,* v. STEVE A. RALEIGH, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 85–1–02781–3, Frank L. Sullivan, J., entered October 23, 1985. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Scholfield, C.J., and Williams, J.

[No. 16643–3–I.   Division One.   July 29, 1987.]

THE STATE OF WASHINGTON, *Respondent,* v. MICHAEL WARD HALE, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 85–1–00563–1, Liem E. Tuai, J., entered June 14, 1985. *Affirmed* by unpublished opinion per Swanson, J., concurred in by Grosse, J., Pekelis, J., dissenting.